UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:25-cv-23420-BB

BREEZY SWIMWEAR, INC.

   Plaintiff,

v.

CHRISTOPHER MAURICE BROWN, LIVE NATION ENTERTAINMENT, INC., MERCH TRAFFIC, LLC, and SHOPIFY INC.

   Defendants.

## JOINT NOTICE OF FORTHCOMING AMENDED COMPLAINT

Plaintiff Breezy Swimwear, Inc. and Defendants Live Nation Entertainment, Inc., Merch Traffic, LLC and Shopify Inc., by and through the undersigned counsel, hereby notify the Court of Plaintiff's intention to file an amended complaint in this action on or before November 4, 2025, in accordance with Federal Rule of Civil Procedure 15(a)(1).  The current deadline for these Defendants to respond to the original Complaint filed by Plaintiff's prior counsel is November 4, 2025.  The filing of the amended complaint will have the effect of mooting Defendants' need to respond to the original Complaint.

Dated: October 29, 2025                Respectfully submitted,

                                              */s/Kelly Ann M. desRosiers*
                                              Kelly Ann M. desRosiers
                                              Florida Bar No. 1017878
                                              Kelly@Lomnitzerlaw.com

                                              **THE LOMNITZER LAW FIRM, P.A.**
                                              7999 N. Federal Highway, Suite 202

Boca Raton, Florida 33487
Telephone: (561) 953-9300
Fax: (561) 953-3455

*Attorneys for Plaintiff*

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile: (786) 582-3004


*/s/ James G. Sammataro*
James G. Sammataro
Florida Bar No. 520292
jsammataro@pryorcashman.com
Secondary Email:
ksuarez@pryorcashman.com

*Attorneys for Defendants Live Nation*
*Entertainment, Inc. and Merch Traffic, LLC*


*/s/ Nathan M. Berman*
Nathan M. Berman
FBN: 0329230
nberman@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
101 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602
Telephone: (813) 221-1010
Facsimile: (813) 223-7961

*Attorneys for Defendant Shopify Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/ Nathan M. Berman*
Nathan M. Berman
