UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

BREEZY SWIMWEAR, INC.,

    Plaintiff,

    v.                                        Case No. 1:25-cv-23420-BB

CHRISTOPHER MAURICE BROWN, LIVE NATION
ENTERTAINTMENT, INC., MERCH TRAFFIC, LLC.,
and SHOPIFY INC.,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SHOPIFY INC.'S MOTION TO DISMISS**

    Plaintiff BREEZY SWIMWEAR, INC., ("Plaintiff") by and through undersigned counsel hereby moves this Honorable Court for an extension of time to respond to Defendant SHOPIFY INC's ("SHOPIFY") Motion to Dismiss and states as follows:

    1.    Plaintiff filed this action on or about July 30, 2025. *Dkt. Entry 1.*

    2.    Plaintiff filed its Amended Complaint on November 3, 2025. *Dkt. Entry 26.*

    3.    On or about November 12, 2025, Defendant SHOPIFY filed its Unopposed Motion for Extension of Time to file a response to the Amended Complaint. *Dkt. Entry 30.*

    4.    The Court entered an order granting this request and requiring Defendant SHOPIFY file an answer on or before December 3, 2025. *Dkt. Entry 31.*

    5.    On or about December 3, 2025, Defendant Shopify filed its Motion to Dismiss. *Dkt. Entry 39.*

    6.    As such, Plaintiff's response to the Opposition is due on or before December 17,

THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

2025.

7. Based on the holidays and various deadlines, Plaintiff has requested from Defendant SHOPIFY a two-week extension to file its Response to the Motion to Dismiss.

8. Counsel for Defendant SHOPIFY has agreed to the requested extension thus the response deadline is December 31, 2025.

9. With the agreed upon deadline now being December 31, 2025, any reply by Defendant SHOPIFY would be due on or before January 7, 2026, however, Defendant SHOPIFY has proactively requested an additional week due to scheduling conflicts to which counsel for Plaintiff has no objection.

10. As such, the parties request this Honorable Court enter an order allowing Plaintiff's Response to the Motion to Dismiss be due on or before December 31, 2025, and that any Reply from Defendant Shopify be required on or before January 14, 2026.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an order allowing the requested extension to file its Response to the Motion to Dismiss be filed on or before December 31, 2025, and any Reply by Defendant SHOPIFY be filed on or before January 14, 2026.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on this 16th day of December 2025 utilizing the CM/ECF and a copy has been provided to all attorneys of record.

Respectfully submitted,

*/s/Kelly Ann M. desRosiers*
Kelly Ann M. desRosiers
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
*/s/Lorri Lomnitzer*
Lorri Lomnitzer
Florida Bar No.: 37632
Lorri@Lomnitzerlaw.com
*/s/Jessica Delaney Getz*
Jessica Delaney Getz
Florida Bar No. 1054190
Jessica@Lomnitzerlaw.com

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
Fax: (561) 953-3455
*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff conferred with counsel for Defendant[1] SHOPIFY, INC., who has no objection to the relief requested herein.

*/s/KELLY ANN M. DESROSIERS*

---

[1] Defendants LIVE NATION and MERCH TRAFFIC are not affected by the relief sought in this Motion.