UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:25-cv-23420-BB

BREEZY SWIMWEAR, INC.

   Plaintiff,

v.

CHRISTOPHER MAURICE BROWN, LIVE NATION ENTERTAINMENT, INC., MERCH TRAFFIC, LLC, and SHOPIFY INC.

   Defendants.

**THE LOMNITZER LAW FIRM, P.A.'S, MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF BREEZY SWIMWEAR, INC.**

COMES NOW, Lorri Lomnitzer, Esq., and Kelly Ann desRosiers, Esq., and the Lomnitzer Law Firm, P.A., (Hereinafter "The Lomnitzer Law Firm") hereby moves this Honorable Court for an Order to withdraw as attorneys for Plaintiff BREEZY SWIMWEAR, INC., ("BREEZY") and allowing BREEZY additional time to respond to any outstanding Motions and seek new counsel and as grounds state as follows:

1. This is a trademark infringement matter currently pending before this Court.

2. At this time, irreconcilable differences have arisen between counsel and Plaintiff which facilitate the need for this motion, from both a professional and ethical perspective.

3. These differences regarding the litigation have surmounted to various grounds for withdrawal as outlined within the rules regulating the Florida Bar, specifically 4-1.16 and its subparts.

4. Good cause exists for the allowance of the withdrawal of The Lomnitzer Law Firm.

## **STATUS OF LITIGATION**

1. At this time, service has been perfected on Merch Traffic, LLC, Live Nation Entertainment and Shopify, Inc. *Dkt. Entries 15.1-15.2; 34.*

2. Defendants Merch Traffic, LLC and Live Nation Entertainment are represented by James Sammattaro, Esq., of Pryor Cashman LLP and have each filed an Answer and Affirmative Defenses to the Amended Complaint. *Dkt. Entry 33.*

3. Defendant Shopify Inc., is represented by Nathan Berman, Esq., of Zuckerman Spaeder LLP and has filed a Motion to Dismiss the Complaint.

4. The Response to the Motion to Dismiss is currently set for December 31, 2025, and any Reply due January 14, 2026. *Dkt. Entry 44.*

5. Defendant Christopher Maurice Brown[1] has not yet been served and Plaintiff has obtained a Second Motion for Extension of Time to Serve Defendant Brown on or before January 31, 2026. *Dkt. Entry 45.*

6. The Plaintiff and the served defendants have selected Jim Matulis of Matulis Mediation and have been granted additional time to coordinate a date for the mediation pending service of the remaining defendant. *Dkt. Entry 46.*

7. A discovery plan and scheduling order was entered on November 26, 2025, which has set the close of discovery for July 24, 2026, deadline for mediation as October 13, 2026, expert discovery completed by September 29, 2026, and the trial is currently set for the trial calendar beginning January 25, 2027. *Dkt. Entry 36.*

---

[1] Defendant Brown is a celebrity and has proven extremely difficult to serve.

8. Based on the current scheduling order, there is significant time remaining in the litigation that the granting of this withdrawal will not prejudice any party.

## ARGUMENT

9. Under Fed. R. Civ. P. 83(b) and S.D. Fla. L.R. 11.1(d)(3)(A), counsel may withdraw only with leave of Court after notice to the client and any opposing counsel.

10. The court is afforded discretion to grant an attorney's motion to withdraw in some cases. *Down v. Holcomb*, 2025 U.S. Dist. LEXIS 106569, at *2 (M.D. Fla. June 5, 2025)(citing to *Patnaude v. Sears Pest Control, Inc*., No. 08-61980-CIV-ZLOCH/ROSENBAUM, 2009 WL 10667065, at *2 (S.D. Fla. May 13, 2009). "Before granting an attorney's motion to withdraw, however, 'it is incumbent on the court to assure that the prosecution of the lawsuit before it is not disrupted by the withdrawal of counsel, and that the withdrawal of counsel is for good cause.'" *Id.* (internal citations omitted).

11. As demonstrated in the foregoing and by review of the docket, granting the withdrawal in this instance will not negatively affect the prosecution of this lawsuit.

12. Further, counsel has demonstrated good cause by advising this Court it is unable to continue representation of Plaintiff due to irreconcilable differences that fall directly within the Florida Bar Rules of Regulation 4-1.16(b)(1)-(5).[2]

## REQUISITE NOTICE

13. In accordance with Local Rule 11.1(d)(3)(A), the current address and contact information for the Plaintiff is:

Breezy Swimwear, Inc., c/o Kris Izquierdo
12642 SW 78th St.

---

[2] Counsel for Plaintiff has not provided specific details in order to comply with Florida Bar Rule 4-1.6, but can provide additional information if the Court deems necessary.

Miami, FL 33183
Kris@Breezyswimwear.com

14.     Continuous reasonable efforts have been made with Plaintiff to resolve the issues which have arisen, however, to no avail, as such The Lomnitzer Law Firm has provided notice to Plaintiff of the withdrawal and Plaintiff has indicated acceptance of this position.

## REQUESTED RELIEF

WHEREFORE, The Lomnitzer Law Firm respectfully requests that this Honorable Court enter an order:

(1)     Granting the Motion and allowing The Lomnitzer Law Firm and its respective attorneys to withdraw as counsel of record;

(2)     directing all future filings be served directly to Plaintiff at the address listed within until new counsel appears;

(3)     granting the requested time period of 30 days to allow Plaintiff to retain new counsel and a subsequent 15 days to respond to any outstanding motions;

(4)     any other relief this Court deems just

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case and a copy of this Motion will be sent to the Plaintiff.

/s/Kelly Ann M. desRosiers
Kelly Ann M. desRosiers
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com

/s/Lorri Lomnitzer
Lorri Lomnitzer
Florida Bar No.: 37632
Lorri@Lomnitzerlaw.com

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Highway, Suite 202
Boca Raton, Florida 33487
Telephone: (561) 953-9300
Fax: (561) 953-3455
*Attorneys for Plaintiff*

## **CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1, I hereby certify that The Lomnitzer Law Firm has conferred with all counsels of record who may be affected by the relief sought in this motion and Defendant Shopify does not oppose the relief sought in this Motion; however Defendants Merch Traffic, LLC and Live Nation Entertainment's counsel has indicated that due to the holiday closure of his clients' offices, he has been unable to confer with them as of yet; however The Lomnitzer Law Firm will continue to confer and advise the Court of any objections.