**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-23420-BB**

BREEZY SWIMWEAR, INC.

    Plaintiff,
v.

CHRISTOPHER MAURICE BROWN,
LIVE NATION ENTERTAINMENT, INC.,
MERCH TRAFFIC LLC and SHOPIFY INC.

    Defendants.
_____/

**DEFENDANTS' NOTICE OF PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER REQUIRING IT SECURE NEW COUNSEL AND REQUEST THAT THE ACTION BE DISMISSED**

Defendants Live Nation Entertainment, Inc. ("Live Nation") and Merch Traffic LLC ("Merch Traffic") (collectively, "Moving Defendants") hereby file this notice advising of Breezy Swimwear, Inc.'s ("Plaintiff") failure to comply with the Court's December 31, 2025 Order (D.E. 51) and failure to have new counsel (which would be its third) appear on its behalf.

1. Plaintiff initiated this action, filing its complaint ("Complaint") on July 30, 2025 (D.E. 1). Irrespective of the fact that Plaintiff does not own a federal trademark registration for the "Breezy Bowl," the Complaint broadly alleges that the Moving Defendants – together with unserved, co-defendant, Chris Brown – infringed Plaintiff's alleged trademark to the term "breezy bowl," based on common law rights purportedly acquired through the organization of three annual, one-day swimwear competition shows held in Miami as part of Swim Week.

2. Specifically, the Complaint frivolously alleges that the Moving Defendants have

somehow misled consumers into believing that the worldwide tour, "BREEZY BOWL XX,"[1] featuring the renowned musical artist Chris Brown – long known to his legion of fans as "Breezy"– is either holding a swimwear competition or otherwise affiliated with Plaintiff's swimwear competition.

3.  On September 22, 2025, John Hoover – the attorney who filed the Complaint – filed a motion to withdraw as Plaintiff's counsel. (D.E. 12). Mr. Hoover's withdrawal request cited "irreconcilable differences" and a "fundamental breakdown … in the attorney-client relationship." (*Id.*). The motion to withdraw further cited Plaintiff's failure to fulfill its "material obligations" to the Law Office of John Hoover, P.A.

4.  On September 24, 2025, the Court entered an amended order, granting Mr. Hoover's withdrawal motion and providing Plaintiff until October 15, 2025 in which to obtain new counsel. (D.E. 14 ).

5.  On October 14, 2025, Lomnitzer Law Firm, P.A. ("Lomnitzer Law") filed an appearance on behalf of Plaintiff. (D.E. 22).

6.  Shortly thereafter, on December 30, 2025, Lomnitzer Law filed a Motion to Withdraw, citing ""irreconcilable differences" that "fall directly within the Florida Bar Rules of Regulation 4-1.16(b)(1)-(5).

7.  On December 31, 2025, the Court granted Lomnitzer Law's withdrawal request. (D.E. 51). The Court's Order reminded Plaintiff that, as "an artificial entity," it "must be represented by licensed counsel at all times." (*Id.*).

8.  The Court provided Plaintiff until January 23, 2026 to "retain counsel permitted to practice before the Court and notify the Court of such," warning that "[f]ailure by Plaintiff to

---

[1] "Breezy Bowl XX" is a reference to Chris Brown's twentieth tour.

comply *will result in dismissal* of this matter without prejudice" (*id.*) (emphasis added).

9. Plaintiff's failure to comply with the Court's Order warrants dismissal. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (affirming the dismissal of a corporation's claims because it failed to retain counsel despite opportunity to do so); *RMB Alquileres*, *S.A. v. KMR Aviation Services*, *Inc.*, No. 21-CV-60946-SINGHAL/VALLE, 2023 WL 3726320, at *2 (report & recommendation) (recommending the grant of final judgment based on entity's failure to retain counsel); *Young v. Walmart Stores East*, *L.P.*, No. 23-22564-CV-WILLIAMS, 2023 WL 6809862, at *1 (S.D. Fla. Oct. 15, 2023) (granting defendant's motion to dismiss based on plaintiff's failure to retain counsel).

**WHEREFORE**, the Moving Defendants respectfully request that the Court enter an Order dismissing this action without prejudice and granting any additional relief that this Court deems appropriate.

Dated: January 26, 2026

**PRYOR CASHMAN LLP**
*Attorneys for Live Nation Entertainment*, *Inc. and Merch Traffic LLC*
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile: (786) 582-3004

*s/ James G. Sammataro*
James G. Sammataro
Florida Bar No. 520292
jsammataro@pryorcashman.com
Secondary Email: ksuarez@pryorcashman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice has been served upon the Plaintiff, via Federal Express, c/o Kris Izquierdo at 12642 SW 78th Street, Miami, Florida 33183, as well as email, Kris@Breezyswimwear.com, in accordance with the Court's December 31, 2025 Order.

*s/ James G. Sammataro*
James G. Sammataro