UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-23420-BLOOM/Elfenbein

BREEZY SWIMWEAR, INC.,

 Plaintiff,

v.

CHRISTOPHER MAURICE BROWN,
LIVE NATION ENTERTAINMENT, INC.,
MERCH TRAFFIC, LLC, and SHOPIFY, INC.,

 Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendants Live Nation Entertainment, Inc. and Merch Traffic LLC's ("Defendants") Notice of Plaintiff's Failure to Comply with the Court's Order Requiring It Secure New Counsel and Request that the Action be Dismissed ("Notice"), ECF No. [52]. The Court has reviewed the Notice, the record, and is otherwise fully advised. For the reasons that follow, the case is dismissed without prejudice.

 On September 22, 2025, John Hoover filed a motion to withdraw as Plaintiff's counsel stating a "fundamental breakdown has occurred in the attorney-client relationship.". ECF No. [12] at 1. Ultimately, the Court granted the motion, giving Plaintiff until October 15, 2025, to retain new counsel. ECF No. [14]. On October 14, 2025, Kelly desRosiers filed an appearance on behalf of Plaintiff. ECF No. [22]. On December 30, 2025, Kelly desRosiers filed a motion to withdraw due to "irreconcilable differences" between counsel and Plaintiff. ECF No. [50]. Once again, the Court granted the Motion to withdraw, giving Plaintiff until January 23, 2026, to retain new counsel. ECF No. [51]. The Court warned that failure to comply would result in dismissal of this

matter without prejudice. *Id*

As Defendants point out, Plaintiff failed to comply with the Court's Order. ECF No. [52] at 3. The Eleventh Circuit has held that "a corporation is an artificial entity that can only act through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Here, the Court provided notice that failure to obtain counsel would result in an order of dismissal. As such, the matter is dismissed without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case;

3. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 27, 2026.

                                          **BETH BLOOM**
                                          **UNITED STATES DISTRICT JUDGE**

cc:

counsel of record

Breezy Swimwear, Inc.
12642 SW 78th St
Miami, FL 33183
PRO SE